UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    -v-                         :   INDICTMENT

FELIX CRUZ,                     :   07 Cr.

        Defendant.             :   **07 CRIM 997**

- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From in or about April, 2007, up to and including in or about May, 2007, in the Southern District of New York and elsewhere, FELIX CRUZ, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that FELIX CRUZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), and 846.

JUDGE KOELTL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

10-29-07 D.I.C.: Post 11/1/87 indictment filed
Assigned to Judge Koeltl
Peck, M.J.

ORIGINAL

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, FELIX CRUZ, the defendant, committed the following overt acts, among others, in the Southern District of New York:

a. On or about April 3, 2007, FELIX CRUZ, the defendant, possessed approximately nineteen bags of crack cocaine in the vicinity of 203 East 175th Street, Bronx, New York.

b. On or about May 2, 2007, FELIX CRUZ, the defendant, possessed approximately 313 bags of crack cocaine at 1756 Topping Avenue, Bronx, New York.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. On or about April 3, 2007, in the Southern District of New York, FELIX CRUZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

COUNT THREE

The Grand Jury further charges:

5. On or about May 2, 2007, in the Southern District of New York, FELIX CRUZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, five grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B); Title 18, United States Code, Section 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FELIX CRUZ,

Defendant.

---

INDICTMENT

07 Cr.

( Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(B),
841(b)(1)(C), and 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

10-29-07 D.C.: Post 11/1/87 indictment Filed.
Assigned to Judge Koeltl
Peck, M.J.