UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

              -against-

FELIX CRUZ,
                        Defendant.
------------------------------------------------------------------X

07 cr 997 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Monday, November 5, 2007 at 3:00pm** before the Honorable John G. Koeltl.

    Since the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **November 5, 2007** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                _/s/ G. Koeltl_
                                              **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 30, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07

UNITED STATES OF AMERICA
v.
FELIX CRUZ
07 cr 997 (JGK)

**For The Government:** David Harbach, AUSA
(212) 637-2606
F: (212) 637-0084

**For The Defendant:** Robert Baum
Federal Defender Services Unit
52 Duane Street–10th Floor
New York, New York 10007
(212) 417-8760
F: (212) 571-0392

**Reporter:**

**Spanish Interpreter:**