```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────

UNITED STATES OF AMERICA,

    - against -                     07 Cr. 997 (JGK)

FELIX CRUZ,                         SPEEDY TRIAL ORDER

           Defendant.
──────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendants are directed to file any motions by **January 11, 2008**. Any responses should be filed by **January 25, 2008**, and replies should be filed by **February 1, 2008**. The parties are directed to appear for a hearing on **February 15, 2008** at **10:00 a.m.** Requests to charge and proposed voir dire requests should be submitted by **March 10, 2008**. Any objections should be filed by **March 12, 2008**. The final pre-trial conference will be held on **March 18, 2008** at **4:30 p.m.** Trial is scheduled to begin on **March 24, 2008** at **9:00 a.m.**

    Because an adjournment is needed to allow defense counsel time to review discovery and to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 30, 2007**, until **March 24, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the

defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time between making motions and the decision on such motions is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated:   New York, New York
         November 30, 2007

                                    _____
                                         John G. Koeltl
                                    United States District Judge