


United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008
```

December 26, 2007

**BY FACSIMILE**

The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Felix Cruz</u>,
07 Cr. 997 (JGK)

Dear Judge Koeltl:

*Application granted. Hearing is adjourned 2/22/08 at 2:30 P.M., subject to adjournment.*

*So Ordered*
*Jn Koeltz*
*1/3/08*
*U.S.D.J.*

  I write on behalf of the Government and defense counsel to respectfully request a one-week adjournment of the motion schedule set by the Court in its order dated November 30, 2007. Under the requested motion schedule, the defendant's initial brief would be due by January 18, 2008, the Government's response would be due by February 1, 2008, and the defendant's reply would be due by February 8, 2008. Should a hearing be necessary, the parties also respectfully request that the February 15, 2007 hearing date be adjourned one week until February 22, 2008. The parties do not seek an adjournment of any of the other dates set forth in the Court's November 30, 2007 order. Robert Baum, counsel for the defendant, consents to the requested adjournment.

               Respectfully submitted,

               MICHAEL J. GARCIA
               United States Attorney

        By: _____
               Christian R. Everdell
               Assistant United States Attorney
               (212) 637-2556

cc:  Robert M. Baum, Esq. (by fax)