UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

UNITED STATES OF AMERICA,

    - against -

FELIX CRUZ,

              Defendants.

―――――――――――――――――――――――――

07 Cr. 997 (JGK)

SPEEDY TRIAL ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

JOHN G. KOELTL, District Judge:

The time for the parties to submit post-hearing briefs in connection with the motion to suppress is **March 17, 2008**. The briefs should include any argument on the two evidentiary issues raised at the hearing unless those issues have previously been resolved. Responsive briefs should be submitted by **March 24, 2008**.

The trial date is adjourned to **July 14, 2008 at 9:00 a.m.** Requests to charge and voir dire requests should be submitted by **June 23, 2008**. Objections should be submitted by **June 26, 2008**. A final pre-trial conference is scheduled for **July 10, 2008 at 4:30 p.m.**

Because an adjournment is needed to complete the briefing of the current motion and to allow for its disposition, to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 6, 2008,** until

July 14, 2008 from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time between making motions and the decision on such motions is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated:   New York, New York
         March 6, 2008

_____
John G. Koeltl
United States District Judge