USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

UNITED STATES OF AMERICA,

      - against -

FELIX CRUZ,

              Defendants.
———————————————————————

07 Cr. 997 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant, which it forwards to the parties. The Court will schedule a conference as soon as possible.

SO ORDERED.

Dated:   New York, New York
          March 31, 2008

                                  _____
                                      John G. Koeltl
                               United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

UNITED STATES OF AMERICA,

      - against -                        07 Cr. 997 (JGK)

FELIX CRUZ,                                  ORDER

                Defendants.
────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the defendant, which it forwards to the parties. The Court will schedule a conference as soon as possible.

SO ORDERED.

Dated:    New York, New York
          March 31, 2008

                                           John G. Koeltl
                                   United States District Judge

3-26-08

TO THE HONORABLE AND JUST.
JOHN G. KOELTL,
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

07 CR. 997

FROM.
Felix Cruz
REG. # 55601-054
M.D.C. 100-29TH STREET
BROOKLYN, NEW YORK 11232

SUBJECT MATTER.
 I AM WRITING THE HONORABLE COURT TO ASK FOR IT'S GUIDANCE AND ASSISTANCE REGARDING VERY SERIOUS AND IMPORTANT MATTERS.

DEAR YOUR HONOR:

 I WOULD LIKE YOUR HONOR TO KNOW THAT I HAVE SERIOUS ISSUES THAT NEED TO BE ADDRESSED AS SOON AS POSSIBLE REGARDING MY LEGAL SITUATION AND MY CURRENT LEGAL

| 1 OF 2 |

REPRESENTATION. I FEEL THESE ISSUES CAN NOT BE COMPLETELY AND CORRECTLY EXPRESSED IN WRITTEN CORRESPONDENCE.

- I THEREFORE RESPECTFULLY REQUEST THAT YOUR HONOR AND THE HONORABLE COURT ISSUE AN ORDER TO PRODUCE ME AT THE HONORABLE COURT'S CONVENIENCE TO DEAL WITH THESE IMPORTANT MATTERS.

- I WOULD LIKE TO THANK YOUR HONOR AND THE HONORABLE COURT FOR IT'S VERY VALUABLE TIME AND ATTENTION TO THESE MUST SERIOUS AND IMPORTANT MATTERS.

RESPECTFULLY SUBMITTED
x Felix Cruz
REG. # 55601-054
M.D.C. BROOKLYN
100-29TH STREET
BROOKLYN, NEW YORK 11232

2 OF 2