USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

UNITED STATES OF AMERICA,

    - against -                        07 Cr. 997 (JGK)

FELIX CRUZ,                                 ORDER

                Defendants.
———————————————————————

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the defendant, which it forwards to the parties. The Court will schedule a conference as soon as possible.

SO ORDERED.

Dated:    New York, New York
          March 31, 2008

                                    _____
                                      John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -                                              07 Cr. 997 (JGK)

FELIX CRUZ,                                              ORDER

Defendants.

---

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant, which it forwards to the parties. The Court will schedule a conference as soon as possible.

SO ORDERED.

Dated:   New York, New York
         March 31, 2008

_____
John G. Koeltl
United States District Judge

3-26-08

TO THE HONORABLE AND JUST.
JOHN G. KOELTL,
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

07 CR. 997

FROM.
Felix Cruz
REG. # 55601-054
M.D.C. 100-29TH STREET
BROOKLYN, NEW YORK 11232

SUBJECT MATTER.
  I AM WRITING THE HONORABLE COURT TO ASK FOR IT'S GUIDANCE AND ASSISTANCE REGARDING VERY SERIOUS AND IMPORTANT MATTERS.

DEAR YOUR HONOR:

  I WOULD LIKE YOUR HONOR TO KNOW THAT I HAVE SERIOUS ISSUES THAT NEED TO BE ADDRESSED AS SOON AS POSSIBLE REGARDING MY LEGAL SITUATION AND MY CURRENT LEGAL

1 OF 2

REPRESENTATION. I FEEL THESE ISSUES CAN NOT BE COMPLETELY AND CORRECTLY EXPRESSED IN WRITTEN CORRESPONDENCE.

- I THEREFORE RESPECTFULLY REQUEST THAT YOUR HONOR AND THE HONORABLE COURT ISSUE AN ORDER TO PRODUCE ME AT THE HONORABLE COURT'S CONVENIENCE TO DEAL WITH THESE IMPORTANT MATTERS.

- I WOULD LIKE TO THANK YOUR HONOR AND THE HONORABLE COURT FOR IT'S VERY VALUABLE TIME AND ATTENTION TO THESE MUST SERIOUS AND IMPORTANT MATTERS.

RESPECTFULLY SUBMITTED
x Felix Cruz
REG. # 55601-054
M.D.C. BROOKLYN
100-29TH STREET
BROOKLYN, NEW YORK 11232

2 OF 2