UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

FELIX CRUZ,

                  Defendants.

---

07 Cr. 997 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached submissions from the defendant, which it forwards to the parties. The Court resolved the issues raised in the submissions at the last conference, and therefore a conference is not necessary at this time.

SO ORDERED.

Dated:    New York, New York
           April 9, 2008

_____
John G. Koeltl
United States District Judge

IF-2
IRMATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK — X

RECEIVED
SDNY PRO SE OFFICE
2008 APR -1 P 4:49

UNITED STATES OF AMERICA,

V.

Felix Cruz,

———————— DEFENDANT ——X

**AFFIRMATION**
07 CR. 997 (JGK)

I, Felix Cruz, hereby affirm under penalties of perjury, pursuant to 28 U.S.C. 1746, as follows;

I am the defendant in the above caption case. I make this affirmation in support of the instant NOTICE, to issue an order to produce me at the HONORABLE Courts Earlyest Convenience to address very serious and important matters regarding legal situation and my current legal representation. I feel these issues can not be comple-

tely and correctly expressed in written correspondence.

WHEREFORE, it is respectfully requested that this court enter an order issuing Me to be produced, at the HONORABLE courthouse, at the court's earlyest convenience to deal with these Most serious and important matters, or the granting of such other relief as this court May deem just and proper.

Dated: BROOKLYN, NEW. YORK
       MARCH 27th 2008

.RESPECTFULLY SUBMITTED
By: Felix Cruz, DEFENDANT
REG. NO. 55601-054
M.D.C. (BROOKLYN)
80-29th STREET
BROOKLYN, N.Y. 11232

TO
Clerk of the District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Docket #
07 CR. 997 (JGK)

From
Felix Cruz
Reg. No. 55601-054
M.D.C. 80-29th Street
Brooklyn, New York 11232

RECEIVED
SDNY PRO SE OFFICE
2008 APR -1 P 4:49

Subject
Copies and distribution of Notice and Affirmation enclosed.

Please, accept this Notice and Affirmation in hand written form, as is. Do to my limited resources at the M.D.C. and the difficulties with my legal representation I am having, it is hard for me to type what is enclosed, as well as obtain the copies that is needed to forward out. Due to the inaccessibility of these resources, and an urgent need to formally introduce my Notice and Affirmation, I am requesting for the office of the clerk of the court to make copies of the enclosed Notice and the annexed affirmation in it's entirety and distribute one of each complete copy to the following:

(1) Judge John G Koeltl.
(2) Assigned prosecutor.
(3) Clerk of the court
(4) Assigned deffence Council
(5) Copy returned to me.

OF-2
rk of court

Thank you very much for your cooperation. Would you please send confirmation of copies and distribution.

DATED: Brookly N.Y. 11232
MARCH 27th 2008

Sincerly

X Felix Cruz, Defendant
Reg. #. 55601-054
M.D.C. Brooklyn
80-29th street
Brookly, N.Y. 11232

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK ——X

UNITED STATES OF AMERICA,

V.

Felix Cruz,
          DEFENDANT. ——X

RECEIVED
SDNY PRO SE OFFICE

2008 APR -1  P 4: 49

**NOTICE**
07 CR. 997 (JGK)

**PLEASE TAKE NOTICE** that upon the annexed affirmation the defendant herein, **Felix Cruz**, is Respectfully Requesting the **HONORABLE** and **JUST JOHN G. KOELTL**, United States District Judge for the Souther District of NEW YORK, to issue an order to PRODUCE the defendant herein, at the United States Courthouse located at 500 PEARL Street, New York, New York, at its earlyest Convenience regarding defendant Felix Cruz, LEGAL

SITUATION and CURRENT LEGAL REPRESENTATION, and granting of such relief as this Court may deem just and proper.

Dated: Brooklyn, New York
MARCH 27th, 2008

RESPECTFULLY SUBMITTED
By: Felix Cruz, DEFENDANT
REG. NO. 55601-054
MDC (Brooklyn)
80-29th STREET
Brooklyn, N.Y. 11232