UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                07 cr 997 (JGK)

     -against-

FELIX CRUZ,

            Defendant.
------------------------------------------------------------X

## ORDER

It is hereby ordered that Daniel Nobel, Esq. be appointed as counsel for the defendant Jose Cruz for all purposes, replacing Robert Baum of the Federal Defender Services Unit.

**SO ORDERED.**

                                            JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 4, 2008