UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

FELIX CRUZ,

           Defendant.

---

07 Cr. 997 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

JOHN G. KOELTL, District Judge:

The Court has received a letter from the defendant dated April 29, 2008. The issues raised by the letter were addressed by the Court at the last conference. The defendant indicated at the last conference that he is not seeking a new attorney and there is nothing in the letter that justifies the appointment of a new attorney.

Because the letter touches on matters of defense strategy, the letter is being filed in the record under seal and is being provided to defense counsel but not to the Government.

SO ORDERED.

Dated:    New York, New York
           May 6, 2008

                                              /s/ John G. Koeltl
                                           John G. Koeltl
                                       United States District Judge