```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

FELIX CRUZ,

              Defendant.

07 Cr. 997 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant, which it forwards to the parties. The Court will schedule a conference as soon as possible.

SO ORDERED.

Dated:    New York, New York
            May 21, 2008

                                              John G. Koeltl
                                            United States District Judge

RECEIVED
MAY 20 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

TO the HONORABLE Judge
John G. Koeltl
Southern District of New York
500 Pearl Street
New York, New York 10007

Docket # 07CR.997

From the Defendant
Felix Cruz
REG. NO. 55601-054
M.D.C., 80-29th STREET
Brooklyn, New York 11232

Date May 15th, 2008

DEAR YOUR HONOR;

    It is with great sadness I am writting to you for the third time in reference to my current legal representation, where I am asking for Your Honors guidance and assistance in this very serious and important matter.

    I would like for Your Honor to know that today my current legal attorney (I.E. Daniel Nobel) came to the M.D.C. in Brooklyn, to conduct an intervew with me, in reference to those most serious and important issues I explainned to Your Honor I was having with my previous attorney (I.E. Mr. Robert M. Baum). But when I explainned these issues to Mr. Nobel, so he can properly address them, Mr. Nobel refused to do any such thing.

    Therefore I respectfully request that Your Honor issue an order to produce me at the courts

earlyest convenience to deal with this serious and important matter.

I would like to thank your Honor and the Honorable court for its very valuable time and attention to this most serious and important matter, as well as opologize for any burdens I have become, But there are just some things I need addressed properly and is just not given the proper assistance to do so. My life lies on the line here, and I hope your Honor can understand.

Respectfully submitted
By: Felix Cruz
Reg No. 55601-054
M.D.C. 80-29th Street
Brooklyn, N.Y. 11232