IH 14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
           against
       FELIX CRUZ

(Alias) _____

_____

              Please PRINT Clearly
```

...ENT
...RONICALLY ...

DATE FILED: 6/9/2008

07 cr 997 (JGK)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [✓] CJA    2. [ ] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF
                                                      ADMISSION. MO. 11    YR. 81

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ___NY___ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
BOBBI C. STERNHEIM
Attorney for Defendant

Firm name, if any
45 WEST 21 ST. SUITE 3C
Street address
NY           NY         10010
City         State      Zip
212-243-1100
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186