```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -                      07 Cr. 997 (JGK)

FELIX CRUZ,                           SPEEDY TRIAL ORDER

                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **July 30, 2008** at **4:30 p.m.**

At the hearing held on July 14, 2008, the court prospectively excluded the time from **July 14, 2008** to **July 30, 2008**, and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
            July 15, 2008

                                    John G. Koeltl
                                 United States District Judge