UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

    - against -

FELIX CRUZ,

              Defendants.
---

07 Cr. 997 (JGK)

SPEEDY TRIAL ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **August 1, 2008** at **3:30 p.m.**

Because an adjournment is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **July 30, 2008**, until **August 1, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
         July 30, 2008

                                     John G. Koeltl
                              United States District Judge