United States District Court
Southern District of New York
―――――――――――――――――――――――――

UNITED STATES OF AMERICA,

       - against -                    07 Cr. 997 (JGK)

FELIX CRUZ,                         SPEEDY TRIAL ORDER

               Defendant.
―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **August 26, 2008** at **4:30 p.m.**

Because an adjournment is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 1, 2008**, until **August 26, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           August 1, 2008

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2008