UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA,

    - against -

FELIX CRUZ,

             Defendant.
----------------------------------

07 Cr. 997 (JGK)

<u>SPEEDY TRIAL ORDER</u>

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/08

JOHN G. KOELTL, District Judge:

    The defendant is directed to make any further submissions in connection with the motion to suppress by **September 5, 2008**. The Government is directed to submit any opposition papers by **September 12, 2008**.

    The parties are directed to appear for a conference on **September 19, 2008** at **3:30 p.m.**

    Because an adjournment is needed to allow the defense to make a further submission in connection with the motion to suppress, the Court prospectively excludes the time from today, **August 26, 2008**, until **September 19, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the



defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
         August 26, 2008

                                              John G. Koeltl
                                     United States District Judge