USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-04-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -                              07 Cr. 997 (JGK)

FELIX CRUZ,                              ORDER

Defendant.

---

JOHN G. KOELTL, District Judge:

The Court received an inquiry from the Pro Se Office asking whether the Court provided a letter to Mr. Cruz authorizing the MDC to provide more law library time to Mr. Cruz because he is pro se. Such a letter was apparently presented to MDC.

The Court has not provided such a letter thus far. At the last Court conference the Court asked Ms. Sternheim, standby counsel for Mr. Cruz, to explore how Mr. Cruz could get more time in the law library as a result of his status as a defendant in a criminal case who has decided to represent himself pro se.

The Court does now request the MDC to provide additional law library time to Mr. Cruz consistent with its security policies.

SO ORDERED.

Dated:   New York, New York
         September 4, 2008

                                         John G. Koeltl
                                         United States District Judge