UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -       07-cr-997 (JGK)

FELIX CRUZ,      ORDER

    Defendant.

JOHN G. KOELTL, District Judge:

Felix Cruz has filed a series of documents in this closed criminal case, including a request to register a judgment from a New Jersey court. The Clerk is directed to return the documents to Mr. Cruz because they are not properly filed in this long-closed criminal case. Mr. Cruz can consult with the Pro Se Clerk's Office wit respect to the proper filing of papers.

SO ORDERED.

Dated:     New York, New York
            October 30, 2025

                                                John G. Koeltl
                                         United States District Judge